# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| TranLogistics LLC | ) | ASBCA Nos. 61366, 61450 |
| | ) | |
| Under Contract No. W912CL-17-P-0700 | ) | |

APPEARANCE FOR THE APPELLANT:　　　George R. Calhoun, Esq.
　　　　　　　　　　　　　　　　　　Ifrah PLLC
　　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:　　Raymond M. Saunders, Esq.
　　　　　　　　　　　　　　　　　　Army Chief Trial Attorney
　　　　　　　　　　　　　　　　　　MAJ Ronald Herrmann, JA
　　　　　　　　　　　　　　　　　　Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
## ON APPELLANT'S MOTION FOR RECONSIDERATION

Appellant requests reconsideration of our recent decision denying some of its claims. *TranLogistics LLC*, ASBCA Nos. 61366, 61450, 19-1 BCA ¶ 37,330. A motion for reconsideration is not intended to allow a party to re-argue issues that were previously raised and decided. *John Shaw LLC d/b/a Shaw Building Maintenance*, ASBCA No. 61379, 18-1 BCA ¶ 37,026 at 180,294. Appellant's motion simply re-argues the case it made before we issued our decision; therefore, the motion for reconsideration is denied. *See Green Valley Co.*, ASBCA No. 61275, 18-1 BCA ¶ 37,044 at 180,329.

Dated: July 15, 2019

　　　　　　　　　　　　　　　　　　TIMOTHY P. MCILMAIL
　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　of Contract Appeals

(Signatures continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61366, 61450, Appeals of TranLogistics LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2